[No. 17312-7-III.    Division Three.    March 30, 1999.]

JOHN SCHNEIDER, ET AL., *Appellants*, v. SNYDER'S FOODS, INC., *Defendant*, UNITED STATES BAKERY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-02446-4, Michael W. Leavitt, J., entered February 19, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ. Now published at 95 Wn. App. 399.

[No. 18030-1-III.    Division Three.    March 30, 1999.]

PUBLIC UTILITY DISTRICT NO. 1 OF PEND OREILLE COUNTY, *Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 97-2-00009-9, Rebecca M. Baker, J., entered April 9, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 12560-2-III.    Division Three.    April 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00383-4, Larry Larson, J., entered June 19, 1992. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16441-1-III.    Division Three.    April 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND CLYDE MARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00459-9, Robert D. Austin, J., entered January 15, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ. Now published at 95 Wn. App. 537.